IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
ST. JOSEPH DIVISION

| | | |
|---|---|---|
| JULIA AMBER MITCHELL, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | Case No. 18-06132-CV-SJ-ODS |
| | ) | |
| MICHAEL BYRD, et al., | ) | |
| | ) | |
| Defendants. | ) | |

## ORDER DISMISSING PLAINTIFF'S CLAIMS AGAINST DEFENDANT MICHAEL BYRD FOR FAILURE TO SERVE

This case was filed on August 31, 2018. Because Defendant Michael Byrd had not been timely served, the Court directed Plaintiff to show cause why her claims against Byrd should not be dismissed due to her failure to serve Byrd. Doc. #21. The Court forewarned Plaintiff that if she failed to respond to the Order, the Court would dismiss her claims against Byrd without further notice. *Id.* Plaintiff was asked to show cause by no later than April 11, 2019, but to date, she has not responded to the Court's Order. Accordingly, Plaintiff's claims against Byrd are dismissed.

IT IS SO ORDERED.

DATE: April 15, 2019

/s/ Ortrie D. Smith
ORTRIE D. SMITH, SENIOR JUDGE
UNITED STATES DISTRICT COURT